MDR

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Minh McReynolds, | No. CV-25-00254-PHX-JAT (CDB) |
| Petitioner, | |
| v. | **ORDER** |
| Bureau of Prisons, | |
| Respondent. | |

Self-represented Petitioner Joseph Minh McReynolds, who is confined in the Federal Correctional Institution-Lompoc in Lompoc, California, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Court will transfer this action to the Western Division of the United States District Court for the Central District of California.

A § 2241 petition must be filed in the district court having jurisdiction over the petitioner's custodian. *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000). Petitioner is confined in Lompoc, California, and his § 2241 Petition should have been filed in the Western Division of the United States District Court for the Central District of California. *See* 28 U.S.C. § 84(c)(2). The § 2241 Petition, therefore, has been filed in the wrong venue.

When venue has been laid in the wrong district, the Court must "dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The Court, in its discretion, will transfer this case to

the Western Division of the United States District Court for the Central District of California.

**IT IS ORDERED** that the Clerk of Court must **transfer** this action to the Western Division of the United States District Court for the Central District of California.

Dated this 11th day of February, 2025.

James A. Teilborg
Senior United States District Judge